AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) | Case: 1:21-mj-00282 |
|---|---|---|
| v. | ) | Assigned To : Meriweather, Robin M. |
| Ryan Seth Suleski | ) | Assign. Date : 3/5/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Ryan Seth Suleski _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of Justice/Congress, Aiding and Abetting;
18 U.S.C. § 641 - Theft of Government Property.

Date:    03/05/2021                                            2021.03.05 16:37:12 -05'00'
                                                               *Issuing officer's signature*

City and state:     Washington, D.C.                           Robin M. Meriweather, U.S. Magistrate Judge
                                                               *Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/05/2021, and the person was arrested on *(date)* 03/10/2021
at *(city and state)* Chesapeake, Virginia.

Date: 03/10/2021

*Arresting officer's signature*

Megan Beck - Special Agent
*Printed name and title*