UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-376 (RDM) |
| | : | |
| **RYAN SETH SELESKI,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this joint status report on behalf of both parties. Defense counsel has authorized government counsel to represent that they join in this report.

By minute order of January 18, 2022, subsequent to a status hearing on the same day, the Court directed the parties to file a joint status report regarding the status of the case no later than 12:00 p.m., on March 1, 2022. The government filed notice on February 27, 2022 (ECF No. 20) of its ongoing voluminous discovery efforts. In addition, the government has completed its review of additional electronic evidence obtained, and the parties continue to discuss a possibility of resolving the case.

The parties are requesting an additional status hearing in approximately 45 days and suggest April 18, 19, or 20, 2022 for a hearing. Additionally, the parties agree that the Court should exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

**WHEREFORE**, the parties request that the Court take notice of the above.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:    /s/ *Kimberley C. Nielsen*
        KIMBERLEY C. NIELSEN
        Assistant United States Attorney
        N.Y. Bar No. 4034138
        555 4th Street, N.W., Room 9913
        Washington, D.C. 20530
        Phone: 202-252-7418
        Email: Kimberley.Nielsen@usdoj.gov