UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-CR-376 (RDM) |
| | : | |
| v. | : | |
| | : | |
| RYAN SETH SULESKI, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| Defendant. | : | Building or Grounds) |
| | : | 18 U.S.C. § 641 |
| | : | (Theft of Government Property) |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **Ryan Seth Suleski** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **Ryan Seth Suleski** did embezzle, steal, purloin, knowingly convert to his use and the use of another, and without authority, sold, conveyed, and disposed of any record, voucher, money, and thing of value of the

United States and any department and agency thereof, that is, papers, which have a value of less than $1000.

    (**Theft of Government Property**, in violation of Title 18, United States Code, Section 641)

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

                    By:    */s/ Kimberley C. Nielsen*
                                        Assistant United States Attorney
                                        N.Y. Bar No. 4034138