

# Emerge Consultancy

Suite 125 Kirk St Moe VIC 3825

+61-421758172

To Whom It May Concern:

Thank you for your time in assessing this matter for Mr Ryan Suleski. As a director of Emerge consultancy, I am providing this letter of intent to employ Mr Ryan Suleski as a truck driver in Australia.

He has provided us with the necessary qualifications and experience that we believe will be an asset to our organisation and meet the Australian Industry standards for the transport industry.

He has also provided us with the necessary documentation to meet all the Australian laws and regulations within the transport industry and we will put him through the necessary local qualifications to convert his current permits to Australian licences .

Should you need any further information please feel free to contact myself as a Director of the company at any of the below contact details.

I appreciate the time you have taken in considering this matter for Mr Suleski and I anticipate that this information provided will further his application to relocate to Australia using his current credentials and accreditations to obtain employment and further his career.

Thankyou in anticipation of your assistance with this matter for Mr Suleski and we hope to see him within our organisation as soon as this matter is resolved and we can continue with the processes necessary for his relocation.

We appreciate your time in considering this matter and look forward to a positive outcome for Mr Suleski and anyone else involved in this matter.

Best wishes from Southern Australia and we hope that all parties remain well in these trying times.


Kindest Regards

*Danielle Schultz*

Danielle Schultz
Managing Director
Emerge Consultancy


# Emerge Consultancy

Suite 125 Kirk St Moe VIC 3825

opheliumbella@gmail.com

+61-421758172