| | |
|---|---|
| **From:** | notification@pay.gov |
| **To:** | |
| **Subject:** | Pay.gov Payment Confirmation: DCD Criminal Debt |
| **Date:** | Wednesday, October 5, 2022 9:52:06 AM |

**EXTERNAL SENDER**

 An official email of the United States government



Pay.gov logo

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Finance Office at (202) 354-3100 or DCDml_FinanceOffice@dcd.uscourts.gov.

   Application Name: DCD Criminal Debt
   Pay.gov Tracking ID: 271UCJ6O
   Agency Tracking ID: 76301167796
   Transaction Type: Sale
   Transaction Date: 10/05/2022 09:51:48 AM EDT
   Account Holder Name: Ryan Seth Suleski
   Transaction Amount: $2,000.00

   Case and Defendant Number: DDCX121CR000076-001
   Defendant Name: Suleski, Ryan
   Account Holder Name: Suleski, Ryan
   Account Holder Phone:

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service