Dear Judge Moss,

I come before you a humbled man. I say humbled because in the beginning I didn't see the severity of the situation I had put myself in. I was too focused on my own individual actions to see the chaos caused in the bigger picture. But lately I've had the time to revel in matter. Hearing the concerns from the staff and congress in that building. Placing myself in the shoes of those facing an unknown outcome, like the riot police who faced an unnecessary amount of violent push from people who had no business acting the way they did. Although I did not participate in the violence, I still felt like I was a part of a collective. It's human nature to seek feeling belonged and embraced. Yet sometimes we are blinded by a desire to feel a part of something greater than ourselves, that we don't take the time to look at what we choose to involve ourselves with. Hindsight is 20/20 for a reason, because you can always look back on your decisions. Whether they be accomplishments or mistakes. Alas, they're still decisions that were made and can't be altered. But we learn from our decisions by embracing the consequences that come with them. After taking the last year and a half to observe how the actions of everyone like myself created something that can never be portrayed as a good. I've been able to properly perceive that, irregardless of individual or collective minded involvement, everyone that partook amassed a bigger picture to be witnessed than just their individual role. For this I can honestly say I'm sorry. I've dealt with a lot of outside backlash, dragged my family and my name thru the mud. Been outcasted by private businesses to generate as much inconvenience for myself as possible, to include my own personal bank that I held a checking and savings account with. This is why I've decided to set my sights on starting over anew elsewhere. I've been provided an offer and opportunity to become a truck driver over in Australia. I'll even have proper living arrangements to where I won't have to live out of my truck as I've been doing since last year when I separated from my family. This matter was not necessarily the cause, nonetheless, it's what I've been enduring. I don't want to be a burden anymore. I want to get on the right course and provide for my kids as a father should. Thank you for taking the time to read this. I hope to move on from this and not remain shackled to that day.

Sincerely,
Ryan Suleski