

U.S. Department
of Transportation
**Federal Aviation
Administration**

Office of the Chief Counsel
Enforcement Division

800 Independence Avenue, S.W.
Washington, D.C. 20591

## U.S. CERTIFIED MAIL, RETURN-RECEIPT REQUESTED and U.S. FIRST-CLASS MAIL

June 9, 2021

Ryan S. Suleski

████████████████████

## IMMEDIATELY EFFECTIVE ORDER OF REVOCATION
### Case No. 2021AGC00067

The Administrator of the Federal Aviation Administration (FAA) finds that:

1. You hold Commercial Pilot Certificate No. 3787385, which was issued by the FAA under chapter 447 of Title 49 of the United States Code.

2. By a letter dated June 1, 2021, the Acting Executive Assistant Administrator for Operations Support of the Transportation Security Administration requested that the Administrator of the FAA issue an order, effective immediately, revoking all certificates held by you issued under 49 U.S.C. chapter 447. He concluded that you pose, or are suspected of posing, a risk of air piracy or terrorism, or a threat to airline or passenger safety.

3. In accordance with 49 U.S.C. § 46111(a) and 14 C.F.R. § 3.200, the Administrator of the FAA is required to issue an immediately effective order revoking those certificates.

IT IS THEREFORE ORDERED, pursuant to 49 U.S.C. § 46111(a) and 14 C.F.R. § 3.200, that:

A. All certificates you hold that were issued to you by the FAA under 49 U.S.C. chapter 447, including Commercial Pilot Certificate No. 3787385, are revoked.

B. The revocation is effective immediately.