**From:**   Kevin Horstmyer
**To:**
**Subject:**   Fw: Ryan Suleski
**Date:**   Monday, September 26, 2022 11:58:04 AM

*To whom it may concern,*

I'm writing on behalf of Ryan Suleski regarding his involvement in January 6th and the criminal charges he's incurred as result. I've known Mr. Suleski for nearly 20 years now. In that time, he's shown himself to be a hard worker, as he used to work alongside me at my current company. He's been a dedicated family man as I see him make the necessary sacrifices to ensure his kids welfare.

Over the past couple years, Ryan has been separated from his wife, Ashley, due to indifferences and internal issues in the home. I've been a system of support for him to have a bed, shower and hot meal for him when he's off the road, so he won't have to return to the home he's continuing to pay bills towards.

In the past 6 months, Ryan has also developed a desire to leave for Australia where he's told me about a job offer to drive trucks. I have no doubt in my mind that whatever he pursues, he'll excel. Mr. Suleski has always been a man of action. He constantly references his brainstormed ideas towards his personal growth and financial success, so he definitely has a sound mind and good head on his shoulders. I would not like to see that opportunity for growth and change from such a hard couple years to be hindered by his mistake.

He's openly expressed remorse for his actions ever since the summer as the severity of his actions began to set in. I truly believe Mr. Suleski was just caught up in the moment of chaos and hysteria following the masses and was not truly himself, the forward-thinking independent man I've always known him to be.

thank you


**Kevin Horstmyer**
**Branch Manager**
o: 757-419-2722 |                          | f: 757.627.2378
PO Box 11358, Norfolk, VA 23517
304 E. 25th Street, Norfolk, VA 23504
https://smex-ctp.trendmicro.com:443/wis/clicktime/v1/query?
url=www.arc3gases.com&umid=75f94be4-bcb3-4ba5-8b1f-
6a20d5139462&auth=1df1f085f9872ea2d58bdd51b9d3d31c0819ec50-
a3524fadc73bcbcf66c1be04be2dab080ca393f0

Andrew Barnett
████████████████████

July 23, 2022

To The Honorable Judge Randolph Moss,

I am writing on behalf of Ryan Suleski. Mr. Suleski and I have been close friends for the past twenty years. I was both worried and surprised to hear about his recent case as he has always been a rather solid person. It is for this reason I am happy to write a letter of reference for Mr. Suleski regarding this matter. I understand the seriousness of this matter; however, hope the court will show some leniency.

In the twenty years that I have known Mr. Suleski, he has proven to be of fine and responsible character. In our friendship, he has really been there for me, especially when I needed it the most. Mr. Suleski is a truck driver and is known for being a dedicated father. As a reliable member of the community, Mr. Suleski's participation in the January 6th protests was quite unexpected. Ryan has gone through a lot of hardships over the past few years and has decided to relocate out of the country as a way to start fresh and move on.

In addition to our friendship, he is usually an upstanding member of our local community. It is unfortunate that he has made some bad decisions, thus resulting in this case. While I was surprised to hear of the misconduct, it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a better person. In summary, Ryan Suleski has expressed a deep sense of remorse in making such a serious mistake and I believe in his ability to pay his debt to society.

It is my since hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Ryan to be an honorable individual, a valuable member of my community, and a good human being. If you would like more information in regard to Ryan's character, you can reach me at ████████████

Sincerely,

Andrew Barnett

Character Letter – Ryan Suleski
October 2022

Rommie Leston Carnevale



October 04, 2022

Re: Mr. Ryan Suleski Capitol Case

To The Honorable Judge,

My name is Rommie Leston Carnevale. I am writing on behalf of Ryan Suleski whom I've known since our early school years. It came to my attention that he has plead guilty to trespassing and theft at the Capitol on January 6th. This was unfortunate to hear but I believe he made the right choice in owning these actions.

We can all agree that Ryan made a mistake when entering the Capitol that day. However, I firmly feel his actions were, while misguided, well intended. This is a case that comes down to passion. Passion from a man who stands by his convictions and is there for others.

Having known Ryan for over 20 years now, I've seen a good heart and driven demeanor in every interaction. Ryan is a strong contributor to society and works harder than most people I know. He is dedicated to those he loves and will drop anything at any moment to help a friend in need. Ryan is the kind of person we want active in society. I hope you will take his passion as potential and, through the sentence you deem appropriate, allow him to reach that potential; learning from this moment, and not being held back by it. Thank you in advance for your consideration of leniency.

Sincerely,

Rommie L. Carnevale III