UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:21-cr-376 (RDM) |
| v. | : | |
| | : | |
| RYAN SETH SULESKI, | : | |
| | : | |
| Defendant | : | |

**NOTICE OF ERRATA**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of errata to its Sentencing Memorandum (ECF No. 43), filed on October 3, 2022, in order to correct a statement about the maximum statutory sentence permitted in this case. Notably, the government's memorandum states that, "as noted by the plea agreement and the U.S. Probation Office, Suleski faces up to six months of imprisonment and a fine of up to $5,000." ECF No. 43 at pp. 19-20. In fact, as both the plea agreement (ECF No. 39) and the Presentence Report (ECF No. 44) accurately reflect, the statutory maximum sentence for 18 U.S.C. § 1752(a)(1) and 18 U.S.C. § 641 is one year of incarceration and the statutory maximum fine is $100,000 each.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Kimberley C. Nielsen*
Assistant United States Attorney
N.Y. Bar No. 4034138
601 D Street, N.W.
Washington, D.C. 20530
Phone: 202-252-7418
Email: Kimberley.Nielsen@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

On this 10th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

   /s/ *Kimberley C. Nielsen*
Assistant United States Attorney
N.Y. Bar No. 4034138
601 D Street, N.W.
Washington, D.C. 20530
Phone: 202-252-7418
Email: Kimberley.Nielsen@usdoj.gov