UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 21-376 (RDM) |
| ) | |
| RYAN SETH SULESKI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO DELAY SELF-SURRENDER DATE**

Defendant, Ryan Suleski, through counsel, respectfully requests that the Court order that that his current self-surrender date of November 17, 2022, be delayed until after the holidays. Below are the reasons in support:

(1) Mr. Suleski appeared for sentencing on October 14, 2022, where a sentence of 60 days' incarceration was imposed, 60 hours of community service, and restitution in the amount of $500.

(2) Mr. Suleski has since completed his community service and has paid his restitution. *See* Exhibit 1, Restitution Payment Receipt and Community Service Letter.

(3) Mr. Suleski has been notified of his responsibility to report to FCI Loretta on November 17, 2022, to serve his 60 days' incarceration.

(4) Mr. Suleski has submitted his visa application to the Australian immigration office but does not have an update from them as to how long the process will take. Mr. Suleski would like to delay his self-surrender date so that he can spend time with his children over the holidays and so that he can work to supplement the income that will be lost when he has to serve his sentence in order to pay bills ahead of time.

(5) Mr. Suleski does not pose a risk of flight and has completed his court ordered requirements well in advance of the Court's due date.

(6) Undersigned counsel discussed this with United States Probation, who does not oppose this request.

## Conclusion

For these reasons, Mr. Suleski respectfully requests that the Court grant this motion to delay the date he must self-surrender to serve his sentence until after the holidays.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
D.C. Bar No. 1031486
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Maria_Jacob@fd.org