UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-CR-376 (RDM) |
| | : | |
| RYAN SETH SELESKI, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF GOVERNMENT'S POSITION REGARDING THE DEFENDANT'S REQUEST FOR DELAYED REPORTING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files notice that the government takes no position with respect to Mr. Suleski's request to delay his reporting to the Bureau of Prisons.

**WHEREFORE**, the government request that the Court take notice of the above.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Kimberley C. Nielsen*
KIMBERLEY C. NIELSEN
Assistant United States Attorney
N.Y. Bar No. 4034138
601 D Street NW
Washington, D.C. 20530
Phone: 202-252-7418
Email: Kimberley.Nielsen@usdoj.gov