UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RYAN SETH SULESKI ,<br><br>      *Defendant*. | Criminal Action No. 21-376 (RDM) |

**ORDER**

Upon consideration of Defendant's Motion to Delay Self-Surrender Date, Dkt. 52, it is hereby ORDERED that the motion is GRANTED.  It is further ORDERED that the current order to self-surrender issued to Ryan Suleski ordering him to report to FCI Loretta on November 17, 2022, be delayed until after January 1, 2023.

      **SO ORDERED**.

                                              /s/ Randolph D. Moss
                                              RANDOLPH D. MOSS
                                              United States District Judge

Date:  November 3, 2022